| Fill in this information to identify the case: |
| --- |
| Debtor 1  Christine Jeanette Brady |
| Debtor 2 |
| United States Bankruptcy Court for the:    Middle District of North Carolina (State) |
| Case number  19-10455 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy Filing that you asset are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy rule 3002.1.

**Name of Creditor:** Quicken Loans Inc.                **Court Claim No.** (if known): 4

**Last four digits** of any number you use to identify the debtor's account:     XXXXXX5341

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes.  Date of the last notice: _____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursement or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
| --- | --- | --- | ---: |
| **1. Late charges** | | (1) | $0.00 |
| **2. Non-sufficient funds (NSF) fees** | | (2) | $0.00 |
| **3. Attorney's fees** | | (3) | $0.00 |
| **4. Filing fees and court costs** | | (4) | $0.00 |
| **5. Post-petition pre-confirmation BK attorney fees** | POC Filed 05/17/2019 | (5) | $250.00 |
| **6. Appraisal/broker's price opinion fees** | | (6) | $0.00 |
| **7. Property inspection fees** | | (7) | $0.00 |
| **8. Tax advances (non-escrow)** | | (8) | $0.00 |
| **9. Insurance advances (non-escrow)** | | (9) | $0.00 |
| **10. Property preservation expenses. Specify** | | (10) | $0.00 |

Debtor 1  Christine Jeanette Brady
    First Name     Middle Name     Last Name

Case number (if known): 19-10455

| | | |
|---|---|---|
| **11. Other. Specify:** _____ | (11) | $0.00 |
| **12. Other. Specify:** _____ | (12) | $0.00 |
| **13. Other. Specify:** _____ | (13) | $0.00 |
| **14. Other. Specify:** _____ | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**X** /s/Taylor Alexander Beamon
    Signature

Date: June 7, 2019

**Print:** Taylor Alexander Beamon
    First Name    Middle Name    Last Name

Title  Attorney

Company  SHAPIRO & INGLE

Address  10130 Perimeter Parkway, Suite 400
    Number      Street

Charlotte, NC 28216
    City             State    ZIP Code

Contact phone  (704)333-8107

Email: ncbkmail@shapiro-ingle.com

**COMMITTEE NOTE**

Form 410S2, *Notice of Postpetition Mortgage Fees, Expenses, and Charges,* is amended in the instructions in Part 1 to clarify how to report previously approved fees, expenses, or charges. The following language is added: "If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred." This amended language replaces the prior instruction not to report any amounts previously ruled on by the bankruptcy court.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

IN RE:

CHRISTINE JEANETTE BRADY						19-10455
									CHAPTER 13


## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Christine Jeanette Brady
605 Dynasty Dr
Asheboro, NC 27205

(Served via Electronic Notification Only)
William E. Mathers
135 Worth St
Asheboro, NC 27203

(Served via Electronic Notification Only)
Anita Jo Kinlaw Troxler
500 W. Friendly Ave.
P.O. Box 1720
Greensboro, NC 27402-1720

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

This the 7th day of June, 2019.

*/s/ Taylor Alexander Beamon*
Taylor Alexander Beamon, Attorney for Creditor, Bar # 53383
tbeamon@logs.com |704-831-2211
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Grady Ingle
gingle@logs.com | 704-831-2217
Electronic Service Notifications: ncbkmail@shapiro-ingle.com

19-105541